# EXHIBIT 2

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

NATHAN CHARLES,                    :

    *Plaintiff,*                    :

    v.                    :                    Case No. C-15-FM-22-004564

TIFFANY ANN SUMMERFIELD,                    :

    *Defendant.*                    :

## ORDER

**UPON CONSIDERATION** of Plaintiff's Motion to Reconsider Opinion and Order Granting Attorney's Fees in Part (filed September 24, 2025), Defendant's Opposition thereto (filed October 9, 2025), and review of the record therein, it is this **14th day of October 2025**, by the Circuit Court for Montgomery County, Maryland,

**ORDERED**, that Plaintiff's Motion to Reconsider Opinion and Order Granting Attorney's Fees in Part be, and hereby is, **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED**, that the Opinion and Order, issued by this Court on September 24, 2025, granting in part Defendant's Motion for Attorney's Fees in Appeal ACM-REG-2240-2024 (filed August 1, 2025) ("September 24 Order") be and hereby is, **VACATED** *only* as to the amount of attorneys' fees; and it is further

**ORDERED**, that the judgment entered on September 24, 2025 against Plaintiff be, and hereby is, **VACATED**; and it is further

Entered: Clerk, Circuit Court for
Montgomery County, MD                    Page 1 of 2
October 15, 2025

**ORDERED**, that within fifteen days of the entry of this Order, Defendant shall file a statement supporting the amount of attorneys' fees Defendant seeks based on the Court's ruling in the September 24 Order.

Entered: Clerk, Circuit Court for
Montgomery County, MD
October 15, 2025

LOUIS M. LEIBOWITZ, JUDGE
Circuit Court for Montgomery County, Maryland