IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Nathan M.F. Charles, Esq.<br>Plaintiff(s) | * | |
| | * | |
| v. | | Case No.: PX-25-3302 |
| | * | |
| Hon. Louis M. Leibowitz<br>Defendant(s) | * | |

******

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

In accordance with 28 U.S.C. 636 and Local Rule 301 and 302 of the United States Court for the District of Maryland, this case is hereby referred to the Honorable Choose a Judge., United States Magistrate Judge, for said District, for the following purposes(s):

☐ For all proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c) by consent of the parties.

☐ Settlement or other ADR conference.

☐ Discovery disputes as follows:

- ☐ All discovery and related scheduling matters.
- ☐ All discovery matters.
- ☐ Specifically,________________________________________

☐ Hearing (if necessary), proposed findings of fact, and recommendations for the disposition of motions to review administrative determinations in a Social Security or related benefits case pursuant to 42 U.S.C. 405 (g).

☐ Ordering and conducting supplementary proceedings in accordance with Md. R. Proc. 2-633.

☐ Reviewing a default judgment and/or making recommendations concerning damages.

☒ Other Report and Recommendation.

Date: July 27, 2026

/s/
Paula Xinis
United States District Judge